[Nos. 37937-6-II; 38294-6-II.   Division Two.   September 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROMY WAYNE FREITAS, *Appellant*.

*In the Matter of Personal Restraint of* JEROMY WAYNE FREITAS, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-05997-2, Linda CJ Lee, J., entered June 27, 2008, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 37957-1-II.   Division Two.   September 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES R. BILYEU, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-00337-1, Robert L. Harris, J., entered June 5, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Houghton, J.

[No. 37979-1-II.   Division Two.   September 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ANTHONY BROWN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-00621-6, Richard A. Strophy, J., entered July 2, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Houghton, J.